UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN SAMUEL FERRARI RIVERA,<br><br>　　　　　　　　　Petitioner,<br><br>　v.<br><br>BRYAN S WILCOX,<br><br>　　　　　　　　　Respondent. | CASE NO. C19-385 RSM-BAT<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND BRIEFING SCHEDULE** |

The Court GRANTS the stipulated motion to extend the briefing schedule, Dkt. 16, and ORDERS:

1. The motion to dismiss the amended habeas petition, Dkt. 13, is renoted for Friday, July 26, 2019;

2. Petitioner's brief in opposition to dismissal is due no later than Monday, July 22, 2019.

DATED this 21st day June, 2019.

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　BRIAN A. TSUCHIDA
　　　　　　　　　　　　　　　　　　Chief United States Magistrate Judge

ORDER GRANTING STIPULATED MOTION
TO EXTEND BRIEFING SCHEDULE - 1