UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE, WASHINGTON

| | |
|---|---|
| John Samuel Ferrari Rivera,<br><br>        Petitioner,<br><br>v.<br><br>Bryan Wilcox, et al.,<br><br>        Respondents. | NO. 2:19-CV-00385 RSM-BAT<br><br>STIPULATION AND ORDER RE: EXTENSION OF TIME FOR PARTIES' OBJECTIONS TO REPORT AND RECOMMENDATION |

## STIPULATION

The parties have conferred and hereby STIPULATE and AGREE to the following schedule regarding filing of the parties' objections to the Report and Recommendation: the objections shall be filed by October 28, 2019, and should be renoted for Friday, November 1, 2019. Mr. Ferrari demonstrates good cause for this request: Yesterday, October 8, a bond hearing was scheduled in his case for October 17, 2019. Mr. Ferrari asserts that his current detention, which began on March 8, 2019, is now "prolonged." *See Zadvydas v. Davis,* 121 S.Ct. 2491 (2001) (detention in excess of 180 days is presumptively

STIPULATION AND ORDER RE:
SCHEDULE FOR PARTIES' OBJECTIONS TO
REPORT & RECOMMENDATION - 1

WASHINGTON IMMIGRATION
DEFENSE GROUP
11050 5th Ave. N.E., Ste. 205
Seattle, Washington 98125

"prolonged"). If the Immigration Judge ("I.J.") sets bond, several issues in the present case may become moot, including whether the I.J. has jurisdiction to set bond. Moreover, granting an extension will conserve both the parties' and the court's resources.

Respectfully submitted this 9th day of October 2019,

| | |
|---|---|
| /s/ Lori Walls | /s/ Michelle Lambert |
| Lori Walls, WSBA #40011 | Michelle R. Lambert, NY#4666657 |
| Washington Immigration Defense Group | Assistant United States Attorney |
| 615 Second Avenue, Suite 350 | 1201 Pacific Avenue, Suite 700 |
| Seattle, WA 98104 | Tacoma, WA 98402 |
| Tel. (206) 446-7851 | Tel. (253) 428-3824 |
| Fax (206) 666-4820 | Email: michelle.lambert@usdoj.gov |
| Email: lori.walls@imm-defense.com | Attorney for Respondents |
| *Pro Bono* Attorney for Petitioner | |

ORDER

Based upon the foregoing stipulation of the parties, IT IS SO ORDERED. The Clerk is directed to send copies of this Order to all counsel of record.

DATED this 16 day of October 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER RE:
SCHEDULE FOR PARTIES' OBJECTIONS TO
REPORT & RECOMMENDATION - 2

WASHINGTON IMMIGRATION
DEFENSE GROUP
11050 5th Ave. N.E., Ste. 205
Seattle, Washington 98125

STIPULATION AND ORDER RE:
SCHEDULE FOR PARTIES' OBJECTIONS TO
REPORT & RECOMMENDATION - 3

**WASHINGTON IMMIGRATION**
**DEFENSE GROUP**
11050 5th Ave. N.E., Ste. 205
Seattle, Washington 98125