UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE, WASHINGTON

| | |
|---|---|
| John Samuel Ferrari Rivera,<br><br>        Petitioner,<br><br>   v.<br><br>Bryan Wilcox, et al.,<br><br>        Respondents. | NO. 2:19-CV-00385 RSM-BAT<br><br>STIPULATION AND ORDER RE: PETITIONER'S MOTION TO WITHDRAW HABEAS PETITION<br><br>Agency No. 072-535-541 |

## STIPULATION

The parties have conferred, and hereby STIPULATE and AGREE to the following: that Petitioner's Amended Habeas Petition be dismissed pursuant to Federal Rules of Civil Procedure 41(a)(1), and the temporary restraining order be lifted. Each party shall bear its own costs. A bond hearing was held in Petitioner's case on October 17, 2019, and bond was denied. This motion should be noted for Friday, October 18, 2019.

//

//

STIPULATION AND ORDER - 1

Dated this 18th day of October 2019,

| /s/ Lori Walls | /s/ Michelle Lambert |

Lori Walls, WSBA #40011  
Washington Immigration Defense Group  
615 Second Avenue, Suite 350  
Seattle, WA 98104  
Tel. (206) 446-7851  
Fax (206) 666-4820  
Email: lori.walls@imm-defense.com  
*Pro Bono* Attorney for Petitioner

Michelle R. Lambert, NY#4666657  
Assistant United States Attorney  
1201 Pacific Avenue, Suite 700  
Tacoma, WA 98402  
Tel. (253) 428-3824  
Email: michelle.lambert@usdoj.gov  
Attorney for Respondents

## ORDER

Based upon the foregoing stipulation of the parties, IT IS SO ORDERED. This case is DISMISSED. The Clerk is directed to send copies of this Order to all counsel of record.

DATED this 22 day of October 2019.

RICARDO S. MARTINEZ  
CHIEF UNITED STATES DISTRICT JUDGE